# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell Sage Christie, III,<br><br>   Petitioner,<br><br>v.<br><br>D. Colbert,<br><br>   Respondent. | NO. CV-22-00117-TUC-CKJ (LAB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 18, 2022, judgment of dismissal is entered. Petitioner to take nothing and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 18, 2022

By   s/ C. Ortiz
     Deputy Clerk